## LANE v. STATE.

### No. 21746.

Court of Criminal Appeals of Texas.

Nov. 19, 1941.

M. L. Bennett, Sr., of Normangee, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for cattle theft, punishment assessed being two years in the penitentiary.

The indictment is in proper form and the record is before us without statement of facts or bills of exception. In such condition nothing is presented for review.

The judgment is affirmed.